**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Turlington Homes Inc, et al.

                              Plaintiff,

v.                                                    Case No.: 1:26–cv–02390
                                                      Honorable April M. Perry

Ryan R Sinwelski, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 13, 2026:

        MINUTE entry before the Honorable April M. Perry: Motion to withdraw as attorney [9] is granted. The Clerk is directed to strike and terminate the appearance of Michael Mazek for Ryan Sinwelski only. Attorney Michael Mazek remains as counsel for Defendant Keller Williams Preferred Realty. The Court notes that attached to the motion to withdraw is a notice of presentment on 4/23/2026. Attaching a notice of presentment to another docket entry does not successfully get the motion on the Court 9;s calendar; notices of motion must be filed separately on the docket. In any event, however, the Court strikes the motion presentment date. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.