# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois- Eastern Division

| | |
|---|---|
| TURLINGTON HOMES, INC., GLOBAL REAL ESTATE DEVELOPMENT, INC., DAVID HAISLIP, JOHN E. GROFF, and JEDIDIAH BROWN, *Plaintiffs,*<br><br>-v-<br><br>RYAN R. SINWELSKI and KELLER WILLIAMS PREFERRED REALTY, *Defendants.* | Case No. 1:26-cv-02390<br><br>**COMPLAINT AND JURY DEMAND** |

**STATUS REPORT**

Plaintiffs, by and through the undersigned counsel, and Defendant Keller Williams Preferred Realty, by and through its undersigned counsel, submit this Joint Status Report regarding the current posture of the matter.

**1.     Filing of Complaint**

Plaintiff initiated this action by filing the Complaint on 3-3-2026, asserting claims against Defendants, Ryan Sinwelski ("SINWELSKI") and Keller Wiliams Preferred Realty ("KWPR").

**2.     Service of Process**

Defendant KWPR has been duly served with process and proof of service has been filed with the court.

Defendant SINWELSKI has not yet been served. Plaintiff is actively working to effectuate service upon this Defendant.

**3.     Appearance and Responsive Pleadings**

Defendant KWPR has retained counsel and has appeared in this matter. On April 8, 2026, KWPR, through counsel, filed Answer and Affirmative Defenses to the Complaint. Among other defenses, KWPR asserts that SINWELSKI was not employed by KWPR at the time of the events giving rise to Plaintiffs claims and therefore contends that it bears no liability for the alleged conduct.

SINWELSKI has not yet filed an appearance or responsive pleading.

**4.      Current Status**

The case is presently in its initial stages. No discovery has commenced. The pleadings are not yet closed as to all parties.

**5.      Next Steps**

Plaintiff will continued efforts to serve SINWELSKI. Upon service and filing of appearance by all parties, Plaintiff anticipates proceeding with discovery in accordance with the Federal Rules of Civil Procedure and any scheduling order entered by the Court.

Respectfully Submitted,

**LLG National Law Group**

Dated: <u>April 20, 2026</u>

 */s/ John Norkus*_____
JOHN NORKUS
180 N Stetson Ave., 35th Floor
Chicago, IL 60601
(T) 856.652.2000 x497
(F) 856.375.1010
John.norkus@llgnational.com
*Attorney for Plaintiffs*