Turlington Homes Inc, et al.

                                     Plaintiff,

v.                                                      Case No.: 1:26–cv–02390
                                                        Honorable April M. Perry

Ryan R Sinwelski, et al.

                                     Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

      MINUTE entry before the Honorable April M. Perry: The Court appreciates the status report submitted by Plaintiffs [11] and requests an updated status report regarding service on the last remaining defendant by 5/20/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.