Turlington Homes Inc, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:26–cv–02390
                                                            Honorable April M. Perry

Ryan R Sinwelski, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

        MINUTE entry before the Honorable April M. Perry: Plaintiff had been directed to file an updated status report on service by 5/20/2026, and nothing has been filed. Plaintiff is ordered to file a status report by 6/12/2026 that includes an update on the service of the last–remaining defendant, if the last defendant has not been served an explanation for why the case should not be dismissed against that defendant for failure to timely serve pursuant to Federal Rule of Civil Procedure 4(m), and a proposed plan for this litigation. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.