# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Turlington Homes Inc, et al.

                Plaintiff,

v.

                                            Case No.: 1:26–cv–02390
                                            Honorable April M. Perry

Ryan R Sinwelski, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

      MINUTE entry before the Honorable April M. Perry: Motion to dismiss [16] is acknowledged, and the court sets a briefing schedule: Plaintiffs to file a response by 6/30/2026; a reply to be filed by 7/10/2026. The 6/12/2026 status report deadline is struck, and the parties are instead asked to file a joint initial status report, consistent with the template on Judge Perry's website, by 6/19/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.