



FILED
6/8/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TURLINGTON HOMES, INC., GLOBAL REAL
ESTATE DEVELOPMENT INC., DAVID
HAISLIP, JOHN E. GROFF, and
JEDIDIAH BROWN,

      Plaintiffs,

v.

RYAN R. SINWELSKI, and KELLER
WILLIAMS PREFERRED REALTY,

      Defendants.

Case No. 1:26-cv-02390

Hon. Philip R. Perry

_____

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT B**

_____

Now comes Defendant, Ryan R. Sinwelski, proceeding pro se, and respectfully submits this Notice of Filing Supplemental Exhibit B to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed on June 6, 2026.

Due to an inadvertent administrative oversight during the PDF compilation process, the text pages comprising Exhibit B (Illinois Secretary of State Business Entity Search Results and Assumed Name History) were omitted from the master filing transmission.

Defendant hereby submits the complete, true, and correct copies of Exhibit B, attached hereto, to supplement and complete the evidentiary record before this Honorable Court.

Dated: June 8, 2026        Respectfully submitted,

      /s/ Ryan R. Sinwelski
      Ryan R. Sinwelski, Pro Se
      15333 Ashland Ave
      Harvey, IL 60426

Page **1** of **1**

# Exhibit B

**Exhibit B - IL Secretary of State Corporate Search Results - (2026-06-06).pdf**



**Figure 1:** True and correct copy of the Illinois Secretary of State business entity search for the keyword "Lento," demonstrating that "Lento Law Group, P.C." does not exist in the state registry.



**Figure 2:** Search results for the distinct entity "LLG National Law Group IL, P.C."

**Exhibit B - IL Secretary of State Corporate Search Results - (2026-06-06).pdf**



**Figure 3:** Assumed Name history for LLG National Law Group IL, P.C., confirming no legal registration of the alias "Lento Law Group, P.C."