## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Turlington Homes Inc, et al.

                              Plaintiff,

v.

                              Case No.: 1:26–cv–02390
                              Honorable April M. Perry

Ryan R Sinwelski, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, June 21, 2026:

      MINUTE entry before the Honorable April M. Perry: The Court appreciates the status report submitted by the parties [21]. Plaintiff indicates that KWPR is not a proper defendant in this matter. Technically, Federal Rule of Civil Procedure 41 only allows this Court to dismiss an action, not a single party. The proper way to accomplish what the parties seek is for Plaintiff to file an amended complaint removing KWPR from the case caption and as a defendant. Plaintiff is given permission to file such an amended complaint, with all substantive portions of the complaint remaining the same. Given that nothing substantive will change, the briefing schedule on Defendant Sinwelski's motion to dismiss [17] will remain as previously–set. Discovery is stayed pending ruling on that motion. KWPR's motion to dismiss [19] is denied as moot. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.