



FILED
7/10/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TURLINGTON HOMES, INC., ET AL.,

       Plaintiffs,

v.

RYAN R. SINWELSKI, ET AL.,

       Defendants.

Case No. 1:26-cv-02390

Hon. April M. Perry

**DEFENDANT RYAN R. SINWELSKI'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

## 1. Plaintiffs' Failure to Satisfy Professional Registration and Licensure Prerequisites Requires Striking the Pleadings Under Local Rules 83.10 through 83.15

Plaintiffs' corporate entity initiated this action and filed its original Complaint under a corporate banner that completely lacks mandatory regional registration and licensure with the State Supreme Court. Under Local Rules 83.10 through 83.15 of the Northern District of Illinois, along with Illinois Supreme Court Rule 721, any professional corporation or law firm seeking to practice before this Court must be fully registered and authorized by local state regulatory authorities.

A foreign, out-of-state corporate firm cannot simply drop into this local federal docket, invoke the machinery of this Court to target a local citizen, and bypass the foundational licensing and registration rules that govern all regional legal practices. Because Plaintiffs' counsel failed to satisfy these mandatory professional prerequisites prior to filing, they lack

the legal capacity to represent parties or execute pleadings in this jurisdiction, rendering their filings procedurally void. Consequently, this Court should strictly enforce its regulatory mandates and strike the non-compliant pleadings from the docket.

## 2. Counsel's Shifting Identities Violate FRCP 11 and Federal Signature Requirements

Plaintiffs' Opposition attempts to cure their corporate registration defect by arguing that a separate entity, "LLG National Law Group," satisfies local rules. This argument violates fundamental federal pleading tenets.

The United States Supreme Court has explicitly held that the signature requirements of Federal Rule of Civil Procedure 11 are strictly applied to the exact entity executing the pleading at the moment of filing. *Pavelic & LeFlore v. Marvel Entertainment Group*, 493 U.S. 120, 124 (1989). Plaintiffs' counsel initiated this action and signed the Complaint exclusively as Lento Law Group, P.C., an entity entirely unregistered to practice law in this jurisdiction.

Crucially, this mid-suit pivot to a truncated acronym ("LLG") is not a harmless clerical oversight; it represents a strategic maneuver to shield the firm's operations from immediate judicial scrutiny. By systematically altering its public-facing identity on the docket, counsel attempts to obscure a documented history of professional suspensions, administrative reprimands, and formal disbarments executed by supreme courts and disciplinary boards across multiple sister states under the "Lento" banner.

Under federal practice, a law firm cannot file a complaint under an unregistered corporate banner and then subtly transition to an acronym to evade regional regulatory compliance and accountability. This Court should not permit an unregistered corporate entity to hide behind a shifting mid-suit identity while using this Court's machinery to target a pro se defendant.

**3. Plaintiffs' Material Falsification of Alleged Defamatory Statements Demands Immediate Dismissal**

A baseline prerequisite for any defamation action in this jurisdiction is that the plaintiff must accurately plead the exact words alleged to be defamatory. Plaintiffs have flagrantly violated this requirement by actively fabricating and falsifying quotes within their pleadings, attributing highly damaging statements to the Defendant that appear nowhere in the actual broadcast record.

A literal, text-based audit of the verbatim broadcast transcript (Exhibit D) completely refutes these fabrications, revealing a systematic pattern of distortion:

- **"Scheme" and "Kickback Scheme" — FALSE (Never Spoken):** Plaintiffs allege that Defendant accused them of running a "kickback scheme" and a "plan to steal money." In reality, the word "scheme" is entirely absent from the text and never leaves Defendant's mouth during the entire broadcast. The word "plan" appears only when Defendant quotes the language of the project's own public marketing sign to frame a mockingly satirical, rhetorical question regarding municipal mismanagement.

- **"Fraud" — FALSE (Never Used Against Plaintiffs):** Plaintiffs claim Defendant leveled specific factual assertions that they engaged in "fraud." However, Defendant never once used the word "fraud" to describe Turlington Homes or John Groff. The only times "fraud" or "fraudster" appear in the transcript are when discussing the public conviction record of an entirely unrelated public official, Janet Rogers.

- **"Crooks" — FALSE (Directed at an Alderman):** Plaintiffs accuse Defendant of calling the private developer plaintiffs "crooks." In truth, Defendant uses the word "crooks" zero times, and uses the word "crook" exactly once—not toward Groff, but explicitly directed at a local alderman who is not a party to this case.

- **"Kickbacks" — ONE TIME (As General Speculative Hyperbole Regarding Municipal Selection):** Plaintiffs allege Defendant made concrete factual claims

that they "used outside contractors to get kickbacks." The reality is that the word "kickbacks" is used exactly one time, framed entirely as speculative, rhetorical hyperbole questioning why the city chose to ignore qualified local buyers and contractors: *"So, why wouldn't we be working with developers that are and and contractors that are here? Well, we know the answer to that because more than likely they're not going to be paying all the kickbacks..."* This statement critiques the municipality's highly questionable selection process and structural inefficiencies; it does not level a concrete, direct assertion of fact that the private Plaintiffs were actively paying bribes.

The Seventh Circuit has made it clear that where a plaintiff's defamation claim relies on mischaracterizing, exaggerating, or fabricating the literal text of a publication, the action must be dismissed. *Financial Fiduciaries, LLC v. Gannett Co.*, 46 F.4th 654, 663 (7th Cir. 2022). Furthermore, under recent controlling circuit precedent in *Fredin v. Klasfeld* (7th Cir. June 26, 2026), a side-by-side comparison proving a plaintiff has actively fabricated the very legal hooks they rely on to claim defamation *per se* requires immediate dismissal. Because Plaintiffs have relied on deliberately falsified text rather than the true spoken record to build their *prima facie* case, their claims fail as a matter of law and their complaint must be dismissed with prejudice.

## 4. ITEMIZED ANALYSIS OF COMPLAINED-OF STATEMENTS

Without waiving the structural and procedural defects detailed above, Defendant further demonstrates that Plaintiffs' defamation claims fail as a matter of law on the merits. To assist the Court in navigating the context of the underlying broadcast, Defendant provides the following itemized analysis.

This chart directly correlates each complained-of statement from the certified transcript (Exhibit D) to the corresponding public administrative records, multi-state judicial dockets, and verified news reporting that establish their substantial truth, or demonstrate that the commentary constitutes protected professional evaluation, fair civic comment, or non-actionable rhetorical hyperbole:

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
| "Tonight we're going to review the Turlington Homes scam... this is definitely a scam." | **Exhibits E1 & E2:** Plaintiff John E. Groff has an extensive multi-decade records history, including 7 years in New Jersey state prison for Felony Theft by Deception. | **Protected Opinion / Hyperbole:** Grounded in disclosed, truthful facts regarding the principal developer's public record of corporate fraud. |
| "This is John Groff... the guy that's associated with this company... he has such a track record of oppressing and stealing." | **Exhibit F1 & K2:** Public records in **Exhibit F1** detail a history of consumer complaints, predatory litigation, and regulatory scrutiny involving the primary stakeholder. **Exhibit K2** (the *Daily Southtown* groundbreaking record) explicitly establishes the necessary link to the Harvey project by quoting John Groff on the record | **Substantially True:** Fully substantiated by public administrative and civil judicial records detailing multi-state patterns, with the principal's corporate leadership in this specific municipal project confirmed by his own public press statements. |

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
| | as the Vice President of the underlying development company. | |
| "They are requesting municipal support and infrastructure incentives. aka they want our money..." | **Exhibits I2 & K1:** The official Turlington Homes public website explicitly states the project requires "municipal support and infrastructure incentives" to facilitate private commercial buildouts. | **Substantially True / Protected Commentary:** Truthful recitation of the plaintiff's own corporate public marketing text. |
| "The address is in Wyoming... 30 North Gold Street... I don't see anything on the building with that company's name... it all looks super super super shady." | **Exhibits G1 & H:** Official Wyoming Secretary of State filings prove Global Real Estate Development, Inc. possesses a history of systemic "Dissolution / Revocation" by state regulators. On May 6, 2026, the registered agent filed a formal Resignation | **Substantially True / Protected Opinion:** On-screen geographical analysis. Characterizing an out-of-state shell as "shady" is protected opinion backed by official state regulatory entries of corporate tax abandonments. |

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
| | Statement, leaving the entity with no office or active agent in Wyoming. | |
| "This is the company that is connected to Jedidiah Brown and his scammers." | **Exhibits A, E2, G2, & F2–F5:** The underlying developer, Global Real Estate Development, Inc. (operating locally as Turlington Homes), explicitly lists John Groff as its Corporate Director. State supreme court records and administrative dockets establish that Groff is a multi-time convicted felon sentenced to 7 years in state prison for running an elaborate theft-by-deception ring. **Exhibits F2, F3, F4, and F5** (consisting of PA, NJ, and VA state bar orders and | **Protected Opinion:** The statement is completely grounded in verified public records. Under controlling precedent, characterizing a highly controversial public-asset transaction as a collection of "scammers" constitutes a protected expression of opinion and fair civic comment when the core operational principals have been legally adjudicated as fraudsters by the courts themselves. |

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
| | supreme court dockets) document that his closely associated legal network is under active disciplinary suspensions, disbarments, and cease-and-desist enforcement for predatory consumer operations. | |
| "I honestly I wouldn't trust them at all... as a realtor, knowing all these people and how they're all scammers, I would I would I would never buy anything from them... what are they gonna are they going to build build this stuff out of uh out of straw or something?" | **Exhibits E2, G1, & I2:** The corporate director has a history of felony deception convictions. The entity utilizes generic commercial suites out-of-state with an official state record of delinquency, revocation, and abandonment. Global Real Estate Development (Turlington Homes) markets expertise building **commercial storage (Ex.** | **Professional Opinion / Rhetorical Hyperbole:** Expressly protected under state and federal standards. Represents a licensed real estate broker's cautionary assessment to his audience, rooted in documented financial inconsistencies. The "straw" reference is classic non-actionable hyperbole. |

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
| | **I2, pp. 6-7)** as proof it can build single-family homes in Harvey. | |
| "The city council never really told us which parcels were being given away of our land... they won't open the books." | **Exhibits J1, J2, J3:** Contemporary municipal records and explicit council pushback from Alderwoman Colby Chapman establish that critical land valuation metrics, independent property appraisals, and final acquisition price breakdowns were systematically withheld from the open public record prior to the sudden vote. **Exhibit J1 (Agreement Sec. 11(C)) & Exhibit J2:** While Section 11(C) of the contract purports that all public hearings and statutory | **Protected Civic Commentary:** Strongly protected political critique regarding a documented lack of municipal asset transparency. Contractual boilerplates cannot strip a citizen of their right to critique public land asset transfers. |

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
|  | notices were properly executed, the official municipal record and City Council Agenda prove that no public hearings, layout reviews, or community meetings were ever held to discuss the proposal before it was brought to an immediate vote, constituting a direct violation of standard municipal transparency protocols and the agreement's own procedural covenants. |  |
| "Like they started an LLC literally just to do this like at the last minute. Very sketchy, peeps. Very sketchy." | **Exhibits G2 & J1:** A side-by-side textual timeline audit proves the developer was incorporated in Illinois on October 2, 2025. The City Council rushed to approve the | **Substantially True / Protected Opinion:** Chronological audit verifies the entity was created at the final hour specifically to capture public real estate. Characterizing an unvetted shell |

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
| | sweeping land transfer ordinance on October 27, 2025, just 25 days later. Section 8(A) asserts the company is "financially solvent" and "able to pay its debts," despite the company having existed for only 25 days with no possible verifiable commercial or credit history at the time of the vote. | company as "sketchy" is a protected logical inference. |
| "...this is definitely a scam. Someone's standing to get money from this. It's crazy." | **Exhibit J1 (Agreement Sec. 4):** The formal, executed redevelopment contract reveals that the municipality transferred multiple city-owned residential lots to a private corporate entity for a total consideration of exactly | **Protected Rhetorical Hyperbole / Opinion:** Strongly protected political expression. Characterizing a no-bid municipal transfer of public land assets to an unvetted private firm for $10.00 as a "scam" is a textbook example of fair public comment. |

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
| | $10.00, without public financial justification. | |
| "Oh, look at this... translation, give us money... I'm trying to figure out exactly what the scam how they're going to work it, but that could be one." | **Exhibit J1 (Agreement Sec. 4 & Sec. 6):** Under the transaction terms, the developer acquired the public real estate for $10.00. Concurrently, Section 4 (6) legally binds the distressed municipality to provide **up to $30,000.00 in cash incentives** for sidewalk reconstruction, resulting in a net transfer of public funds directly to a 25-day-old corporate shell. | **Substantially True / Protected Opinion:** A textual audit of the contract face establishes a net transfer of public funds to a private entity. Publicly characterizing an arrangement where an unvetted corporate insider receives free real estate *and* up to $30,000 in cash reimbursements as a "scam" is a highly reasonable, protected professional assessment of a public record. |
| "People want to invest in Harvey, but they do not want to do business with any | **Exhibit K1 (Harvey World Herald):** Public reporting documents that local investor Julian Rucker | **Substantially True / Protected Civic Commentary:** Truthful dissemination of verified local news reporting on matters of |

| Livestream Statement (Exhibit D) | Factual Basis & Supporting Evidence | Legal Classification |
|---|---|---|
| of these people... they dread having to work with the city of Harvey." | attempted to acquire and restore these exact city-owned homes—bringing $350,000 in personal capital and verified credit—but municipal officials abruptly ceased all communications with him in order to orchestrate the unvetted Turlington Homes deal. | intense public concern, directly exposing arbitrary municipal exclusion of legitimate local investment. |

## 5. VERBATIM CERTIFIED BROADCAST TRANSCRIPT

To provide the Court with the complete, unedited context of the complained-of statements, Defendant attaches hereto and incorporates by reference the full, verbatim transcript of the February 24, 2026, live broadcast (Exhibit D). The original, publicly available video broadcast can be accessed directly via the following URL: https://www.youtube.com/live/MnfsaWfySDk?si=mg5SYEMPcNYaDUio

As demonstrated by the line-numbered record below, a full viewing of the broadcast confirms that all commentary was delivered as real-time public interest reporting, transparent document analysis, or protected civic evaluation:

[music]

All right, good evening everybody. Welcome to Ryan's Gay Chicago. Tonight we're going to review the Turlington Homes scam that they broke ground in Harvey tonight. Of course, some public officials were there, Jedidiah Brown. They can't they can't open the they won't open the books. They won't patch uh they won't patch the potholes. They won't resurface the streets that need to be resurfaced. They can't even keep the lights on. But they now want people to uh buy $180,000 homes near all the boarded up and burnt out houses that the city and other owners own that just sit there. So, you know, this is definitely a scam. Someone's standing to get money from this. It's crazy.

So, let me let me pull that up and we'll take a look at this. Oh, another bad bunny. It's so ah [laughter] I love it. There are so many amazing

uh uh fan videos you guys of this show. I got I got distracted. Hey Beth. Oh hey Wyoming. Someone was asking about you yesterday. Wyoming.

Yeah. Probably because I was searching for Bad Bunny. So look what comes up when I when I open my computer.

There's so many good views of this stuff.

That's pretty cool.

I mean, it really was a show that was

[cheering]

Puerto Rico. [cheering] Yeah, baby.

Oh, I love those. That was great. And then grass.

Oh my god.

Hey, you know what? Say what you will about that bunny, but you can't say [snorts] about his people. He really advocate for

That's good. Wow. You know, I guess these people's camera resolutions like on their cell phones are getting very good, I have to say.

Okay. [sighs] Was that the one? Let's wait. Is that the one we just watched? Ah, it's another one. [snorts] I'm freaking loving all these.

Sorry, this is horrible. I get distracted by Bad Bunny.

That's It's not working.

Yeah. Yeah. No, I I just um Hey everybody, we're live. Uh this is supposedly the Turlington Homes estate scam.

Okay. Yeah, I just I just went live. All right. See you guys. Okay. Groundbreaking, you guys. That they said they're going to have a quote unquote groundbreaking. We're right across from Oh, let's see. It's called Commissioners Park here. What you what once used to be a very nice park and a very nice ball field at by 151st and Turlington. So, I don't know what's going to happen. This is the company that is connected to Jedidiah Brown and his scammers. So, yeah. So, this was 151st in Turlington. So, it was really cold out there, too. So, I was kind of waiting a little bit in the car. Oops. And then eventually

I'm still wondering who she is. The PR person. Um we have one police car, two police cars. Yeah, there's Chief Biddings right there. We have Keimanie Rush. He is the official photographer for the city. We have um I don't know what this house is. That's part of it. We have one of the fire trucks from the city of our fire trucks didn't do nothing else today. They

what? They get picked through what? Oh, do you want to take a uh I'm going to take a photo actually of that sign? Oh, I can before they start.

So, this is the setup. So, hey. Now again, more more police there than the police that are on the streets patrolling Harvey. Yay. I didn't know who Bad Bunny was. You know, I just vaguely knew of him in Wyoming, but uh before his show, but his show has just wrecked me emotionally. Um so much care and art and symbolism and um just advocacy for the downtrodden. And of course that that gets me every time especially the dearmas photo song. Um I mean a lot of the songs like he has a song about the constant blackouts right because of the political corruption. They don't maintain the power grid. Hello. I mean who cannot identify with things like that? Like in Harvey we we might not have brownouts but I mean we don't have street lights on. Our streets look a mess. Um we have burnt out houses. It's all because of corruption. And it's not because of lack of resources, it's because the resources get stolen and they cry poor. So yeah, Bad Bunny's art really touched me for sure. Turlington Homes Harvey finally got their website up. It's very weird. Yes, last time I looked at it, it was there, but there was very minimal information there. Hey, Laura. Hey, no apologies. Yes, no apologies. She was there today. She was there today, too. We were freezing our little keisters off out there. It was cold. Very cold today. Um, I'll try to see if I can pull up some photos, too. I apologize that the reception must kind of bring.

There's Jedidiah Brown. "We are building a better Harvey" right in front of a burned out house. [laughter]

But yeah, you know, just to get like a clearer view.

I would I'd grab a photo, you know, if you want one.

Yeah. Yeah. Hey there. Hey, Miss Effie. Trying to grab a a good photo of that when that guy gets out of the way here. Okay.

Yeah. Gosh, my photos and everything was just horrible yesterday cuz we were way too far away. Yeah, it was really difficult. I tried to take a few close-ups, but they were so blurry. Yeah, I took cuz when she was getting sorted, I was taking some pictures and they're all

blurry. Right. Right. Yeah. And then, by the way, I don't know if you if you knew this, but um I saw at least one man that was sitting in. I'm like, "No, wait. How can he be there? We have to sit all the way back here." I'm guessing maybe he knew somebody or something. Hello. Okay, so we have Alderman Randel El is here, folks. We have at least one media outlet. There's Remona Simpson. There's public works. Um, Jedidiah Brown, we have um some more of the Harvey Police. We have Tyrone.

Yeah, we have Tyrone. We have um Cornell Darden is here.

Hey. Hey Joel. Hey Joel. Hey. Good. You know I am just covering a press conference. Um but are you going to be free afterwards? Are you free this afternoon at all?

So you can see yeah Kimani Rush is with the city. This lady she's with the uh I think this wait the tribune.

So just let me know. Yeah. What's Yeah. All right. Thanks.

It was freezing cold guys. So again, we have Ramona Simpson here. We have someone from public works. I'll say it a thousand times. Miss Remona Simpson is one of the ones who makes way too much money being some sort of administrative something or other. I don't even know exactly what she does. And she drives home a city car that we pay for a brand new car. You do not need a city car to drive around to drive home. I'm sorry, but you you are not that critical. It's not like it's a life and safety thing. We have police chief Biddings. We have a few police cars.

Oh, yep. We got uh Yeah, another police car down there.

We have We have um

a lawyer the lawyer that Jedidah has been working with. We have um Sergeant Patterson here. We have Yeah.

Oh, right. I'm like, uh, I missed that 60°.

Okay, that's weird. start at 180,000.

So, if you didn't hear, um Diana was pointing out on the sign it says this h houses started 180,000. So, you get a lovely view of a dilapidated park and burned out homes for 180,000. I don't know who they think is going to pay that, but

So, is this one of the properties then, I'm guessing, with the abandoned house?

So again, if you're just tuning in, this is a press conference for that that um that scam of a real estate company that they they called uh something Turlington Homes LLC that the city gave a whole bunch of land to. This is this is that that shady real estate firm that's connected with Jedidiah Brown. So, we have lady in the light color coat. Is that somehow that the PR lady that I don't know exactly who she is or how much? Yeah, we still I need to figure out her name. I know heard of her, but again, why especially if you're getting paid big bucks, we should know who you are. We pay your salary. Now, how much is um and how much is Cornell Darden making?

Cornell Darden is uh Laura has questions. Okay, thanks. Hope you're doing well. I watched both of your lives. Thank you. Struggling. Oh, I feel you there. Yeah. No, thank you for asking. Well, no, that was it. A lot though. Remember you said he makes it every month it would be 700,000. This is for which is crazy.

Oh, thank you. All the 26k somewhere in that a month. Not exactly sure. Is that it? Okay. She struggled, but she's been okay. Yeah. So, again, we got public. Oh, wow. Yes. Thank you all. Yes. They closed the street off down there. I don't know why I need so many police cars for this. Got some public works vehicles.

And like I said, I'll pull up some Here's the interim mayor footage is not high. Good morning, Miss Mayor.

Good point. Exactly. And he wants to buy a home that has that has has the property taxes that high. When you get to look at streets that aren't paved, houses that are falling apart, like these people, they're standing to gain money. This does not none of these projects are to benefit the community.

They say there's interest that they have five people and you'll hear in the press, but we have no way of verifying that. As a realtor, I highly recommend that you never consider these to even get to the point of being built because this company is shady af. It's associated with Jed and all these other uh horrible corrupt people. Like, how do you even know that the house would be built? Well, a great point there. Yes, but I did feel that. Thank you. You know, I don't trust any of these people. They're they're they're thugs.

So again, this is this is they're saying this is a groundbreaking. These politicians can't even fix potholes. My name is Corean. She's a joke, too. Okay. I just wanted to show you a few photos just so you can see because like I said, sometimes when the internet signal is not that strong, it's the only bad thing about going live is that sometimes the footage is not the hottest. So I took a few photos. So So that that's the Harvey sign. And then do you see how it's sorry

Turlington Homes starting at 180 coming soon pre-sale open now in association with association with Global Real Estate development with the cooperation of pro mayor pro tem Shirley Drewenski in honor of mayor Christopher J. Clark, who made this project possible, [snorts]

who made this next plan to steal money from Harvey taxpayers possible? There's Ramona. Overpaid, does nothing.

He's paid to do the media for Harvey.

this guy. Oh, from he was from Fox 32. See 151st in Turlington. Look, the sign even needs to be replaced. Like, oh my god, these people. I can't tell you how much is wrong with this, you guys. So much. Wait, do they have Oh, that is a trunk open. See a police chief there. I know Jedidiah Brown's here. Cornell Darden's there. The infamous Cornell Darden. So you're going to see in the video Shirley Drewenski, who's the interim mayor. This is John Groff. I think the guy that's associated with this company that Jed is associated with. I don't know who this person is in her furs. Janet Rogers, the the the newly appointed interim clerk who there they want to get access to sign the city checks because remember they don't let the elected treasurer sign the city checks because they don't allow her access to to any of the the accounts. So she was in her this lady was involved in the chicken wing scandal one $1.5 million worth of chicken wings was stolen from district 152. She was convicted for fraud. I believe it was, you know, some it was some financial crime. She was jailed. It was a felony. Frank Zuccarelli, former township supervisor, for some reason protected her and her husband, the guy with the gray hair here, Tyrone Rogers, and got Governor Pat Quinn to pardon her. That does not mean that she did not commit a financial crime. She has since overseen district 152 school board because she got removed after she was convicted. And then when she got the pardon, she got back on the board and they have and she has and her husband have, you know, allegedly used 152, district 152 as their, you know, personal bank account for years. Um, a lot of it, a lot of how they steal, these boards steal money is through the multi-million dollar contracts that get awarded for construction, uh, you know,

food, milk that your kids drink. I mean, you name it. You know, they make they make sure that if someone wants to to to do business with the public board, they have to get something out of it. Because people say, "But that's not right." Well, I don't understand. Why would they do that? school board position isn't paid. Well, no, it isn't paid. Isn't supposed to be paid, but they make sure they get paid, if you know what I mean.

But she just the fact that she has that she has such a track record of of oppressing and stealing from Harvey people and then she comes out. How tone deaf can you be? You come out in your fine furs. like, "Thank you for reminding us that not only do you steal from us, but you you know, you use that money to to to dress in luxury." Like, wow. Thanks. You know, Marie Antoinette. Um, I don't know who this lady is. Another city employee. This guy, I should know him and I'm blanking on his name. Oh, Officer Harris was there, too.

homes. There wasn't much to find. So, I did another video um where we researched them. I can try to pull up things again, but yeah, it's it's it's a scam. Yeah. Oh, it's totally a scam. "Isn't she a fraudster?" Oh, she's the biggest fraudster. The dirtiness in the background. Mhm. I want to know one of those people up there with any integrity. None. Who wants Yeah. Who's going to want to live there? Like, why don't you maintain the houses the Why don't you maintain the houses and the streets and the things that are already in the parks? You know, these homes are not going to be low income. Yeah. I I don't know you guys. That's why I said it's got to be a scam. It just doesn't even make financial sense to me as a real estate agent. It really doesn't. Davis, I am the city administrator for the city of Harvey. with a great honor that I'm announcing the groundbreaking. Oh, good. Yes. I'll only talk about

a ton of material. Restore confidence in Harvey's future. I'm glad in the words of Mayor Christopher J. Clark. Oh, yeah. Harvey's comeback will not happen by chance. It will happen by hard work and preservation. That's interference. And let's be clear, developers

are invested in not as a result of any of us. They see what we see. They see a resilient community, hardworking families, a prime geographic location, and untapped opportunity. They see a city that is serious about rebuilding, serious about partnership, and serious about growth. We welcome the responsible development in Harvey, and we welcome partners willing to invest in their resources, their expertise, and their confidence in our future. We need more. Now, when they say that we welcome partners to invest, they mean we welcome people who will pay us money and we can find some ridiculous nonsense uh project as an excuse so we can steal money. That's that's what she I'm translating for Corean Davis who is who makes six figures, drives home a city car, and lives next door in South Holland does not live in Harvey. Neither does Remona Simpson. Neither do most of these people. And yet we're having a financial crisis and we can't afford officer, police officers or firemen. Oh, so then how can we afford this lady? And if she's a city manager, how does she even keep her job after all these years? Because the city is not managed well. It looks dirty. It's in horrible shape. And you can't even keep like basic essential staff on staff. So what? You should be fired. You should have been fired years ago, lady. ...that are interested in doing the right things by the city of Harvey. This project is a fresh step forward. We are transforming underutilized properties into homes for families. More than 16 residential parcels right here on Turlington Avenue will now become opportunities for new ownership, stability, and pride. The high quality energy efficient homes are designed for single occupants, growing families alike. They represent modern living. They also represent a sound economic strategy. Every home built strengthens our tax base. Supports local jobs and send a clear message to Harvey that Harvey is open for business. Really? Maybe that Harvey's open for, you know, you guys taking bribes and like money. This is not the kind of business that people want, girl. And I work in real estate, so I can tell you they do. Nobody wants to do business with you. They do not want to do business with you. People want to invest in Harvey, but they do not want to do business with any of these people. Every time I talk to other people in real estate or in, you know, like I do historic preservation stuff, fixing up buildings, fixing up old old old buildings especially, but they dread having to work with the city of Harvey. The permits take too long. They're way too expensive. The inspectors are

always requiring too many inspections and they give fines for for ridiculous things and they they they require you to do like crazy things that are super expensive. Yet the city can't even take basic care of its own properties of the more than 500 or so parcels that they own. And these houses and buildings just sit and rot and they look like crap. This didn't happen overnight. It required partnership. It required patience. And it required persistence. The very quality Mayor Clark brought to his work from day one. Today, as ribbon cutting is an honor. It is now my distinct honor to introduce the leader who has been long committed to this community. First as a resident, a dedicated partner, public servant, and now acting mayor of the city of Harvey, Mayor Shirley Drewenski.

Good afternoon everyone. Today is a proud moment and a meaning meaningful day for our city of Harvey. As a lifelong resident and now serving as a mayor, I am truly honored to witness this development to move forward. This project represents the vision, dedication, and commitment to our community. I I too would like to recognize our late mayor Christopher J. Clark and city administrator Corean Davis whose hard work and leadership bring this project to life. Turlington Homes project is more than a new construction. It represents opportunity for families to renew investments in our neighborhoods and the confidence of Harvey's future. These homes will strengthen our community, support growth, and help move the city forward. Both as a resident and a leader, I could not be more prouder at this [clears throat] moment as this process begins. Thank you all for being here and believing in the future of Harvey. God bless.

The next speaker before you will be the speaker of this ward, Alderman Randle El. Oh boy, here comes the next crook. Thank you very much. Thank you all for being here. Thank you to the acting mayor, to all the administrators, and also to all of the council members who supported this particular development. This uh development is only proof of what happened. When we have a positive vision, we remain driven, avoid distractions and work

together as a council and as a community. Yeah. I myself are extremely proud to spill the truth. Yeah. As an

open

work together for the betterment of this community.

Yeah, thank you. Um, love about the the scandal with Janet. and now remarks from Jedidiah Brown. No maintenance. Get the light. Thanks, Lord. Hello everybody. Um, it is an honor to standing here before you all the uh groundbreaking of this project. When I came to Harvey, amongst all the rumors that were seemingly loud, I got to know a lot of good people in the community and I got to realize that the few boomer voices don't represent the self-determined spirit of this city. And as I got to know Mayor Christopher Clark for myself, one thing that I was very very excited and proud about in developing the plans for this project is that he said even though the city was declared in distress, it was not desperate. and he wanted development in this community that would represent the hope that he held for this city that it would be independent and just as respected as any other southern suburb like Flossmoor, Orland Park and Homewood and other places. (not with you on the job!) the Turlington homes project is a project that is not just about profitability because Harvey of course has its challenges but the thing that really really really moves me is why would you develop in a community with property taxes like this? Why would you develop in a community with rumors like we've heard outside of this community? Because you met a Christopher J. Clark. Yeah. And in meeting Christopher J. Clark. I am honored because he sat down. He didn't cut any corners. He didn't do anything corrupt. He made sure that he had a conscious effort. I called Christopher J. Clark on a Wednesday and asked him to come and meet with people to develop in his city on a Friday and he said that's not how the real world works. But since it's for Harvey, he got up, got on that plane, and now we're doing a groundbreaking for Turlington homes. And so today, I want to say that if you didn't like Mayor Christopher Clark because you didn't get the honor to meet him, and I came here to protest and fight against him, and I'm glad that I found out that not only was he one of the greatest mayors that the Southland will ever know, I call him a friend. And that's why I'm

looking forward to seeing every brick that's built on this project. Let's be clear here. This is a part of Christopher J. Clark's legacy. God bless.

Your next speaker will be the developers themselves, John Groff. John, it's Groff, right? Thank you everyone for coming out. You know, when we got the call about Harvey, we looked up Harvey and we said, "It's a small little burrow. Let's go out there and let's see what they got to say." And we got to tell you, meeting uh the former mayor, Mayor Clark, um was an inspiration because even though you didn't want to hear what he had to say, he told what he wanted to say. and his vision in the economic development of the city uh was outstanding and we listened to what he had to say and we met with him and we met with business administrator Corean and we decided to invest in city of Harvey and not just this whole project we're going to get past this project and we're going to try to do more for the city to make the economics in comparison to other communities Um we are building quality homes. Some of the homes are are shown on the side there. You can look up the the property uh website which is Turlingtonhomes.com and and talk to us, you know, talk to us about um you know what you what you're also looking for in the community. Let us know what you think about the homes. We've had nothing but positive feedback on the homes. Matter of fact, we already have five people that approached us that are qualified. So, you hear that? He says they have five people interested. Again, there's no way to prove that and it's going to continue and we look forward to, you know, making that happen. They're saying the houses are going to start around 180

starting building in March. um started and um project

and with the last speaker, we thank you all for coming out. We'll now take ceremonial photos. ( but of course, no questions.) I just wanted to show you guys. Okay, so I pulled up the website, Turlington Homes. Find your perfect home. And again, these remember these photos could be from anywhere from anything. We have no idea. Let's see about the development. What's in this video? Let's see. "For far too long, Harvey has been a city full of potential waiting for its comeback moment. That moment has development in the

opportunity.Believe in Harvey's future. We're not just developing property. We're restoring pride. With every home sold, vacant lots are transformed. ownership part of homes.com to learn how" (fake people fake black people).

Let's see. 16 residential parcels. They're saying,

"Oh, look at this. Look at this. We are requesting municipal support and infrastructure incentives. aka they want our money to facilitate this development. I'm trying to figure out exactly what the scam how they're going to work it, but that could be one. Current zoning is R1. Okay.

Three different models.

The prairie ranch, the bark with the southland. Okay.

Now look at this. With your support, we respectfully request your consideration for the entitlements and partnership outlined herein. Hmm translation, give us money.

Tanya Burns, Councilman of Flint, Michigan. Okay, I don't know if that means anything.

Global Real Estate Development over 115 development development properties under management. Interesting. New Jersey, Florida, Michigan, Illinois.

Oops. Wait. What did that say? No shortcuts. Short

A lot of this is very vague information.

Our partner, City of Harvey, as in they're expecting to get money from us, the taxpayers, because we fund the city of Harvey for their sales. They have an address on Dixie Highway in Homewood.

Yeah. Really inspiring confidence here, peeps. Yeah, sure. Oh, and I love the addresses in Wyoming. Mhm. That's really what a great way to get local development. Mind you, we have countless plumbers, carpenters, electricians, we have contractors, we have people who build homes that live in Harvey. So, why wouldn't we be working with developers that are and and contractors that are here? Well, we know the answer to that because more than

likely they're not going to be paying all the kickbacks and whatever else of money, you know, that these people are going to get. Let's see about us.

models.

We already went through the frequently asked questions. blogs. They have blogs,

media and contact,

but the address is in Wyoming. Wyoming. Wyoming girl. And And then they have one in Dixie on Dixie Highway in Homewood.

I don't know. It just to me it all looks super super super shady.

180 is so cheap. How can they build a house that cheaply? Yeah. Um I mean exactly. This John Groff guy is is is Jed's buddy. Yeah. It's it's very suspicious. Holmes. Last time looked up that website, it had nothing on it. "I'm in the construction business." Oh, that's cool. Wyoming. And I don't understand how they can build a home that cheap. Building supplies alone are expensive. Yeah. Um I Yeah, I honestly I wouldn't trust them at all, you know. And if if they do if with the scam, if they ever do get to actually building anything, um like I said, as a realtor, knowing all these people and how they're all scammers, I would I would I would never buy anything from them. Oh, wait. the taxes and permits alone, you know, it's like what are they gonna are they going to build build this stuff out of uh out of straw or something? [laughter]

They're nuts. They're nuts, people.

Okay. And then they have their stupid little, you know, close the camera.

They closed off the street. What that? We had more

uh we had more um police there than we do working on patrol in the whole city. Oops. Sorry. One second. Let me show you some more photos.

Pulled up here.

They're funny. I love it. Can't read it. What city in Wyoming?

Oh, I don't know if Wyoming. Oh, I'm sorry. On their site. Uh, let me Yeah, sorry. I'll I'll I'll look again. Wyoming. Just give me a sec.

police chief. I forget who she is. I forget who he is. Oh, public works guy.

That's Miss Diana's hat. This is the infamous Cornell Darden that I'm so glad Colby mentioned him yesterday because and the fact that he's getting big bucks. He calls himself a journalist, but he and he f he he fancies himself a power broker in the Southland, but he's involved in a lot of really shady stuff involving money. um you know, articles that are often either hit pieces against someone's opponent or um or you know, articles to to try to boost a local politician, you know, with information that's not true. This is the young lady that I would imagine must be getting big bucks from us for PR. She was there last night, too. This is Mr. Darden again.

So fake. Wait, why is Jedidiah with a shovel? Oh my god. What has this man done but destroy our city and literally beat on people including me and his thugs? Oh, his other his other um thug Raheem was there today, too. Yeah, there's there's Cornell again.

There's Miss Janet in her fur. I still can't believe her wearing that fur. So, here's Cornell Darden. This is Janet Rogers, the new interim clerk. When you This is the lady you call when you want to steal money. This is the lady you call. That's how we know that the city council has no intention of changing directions after uh Clark's absence now that he's gone because they they appointed her as interim clerk. Like literally the worst woman you could hire. There's Raheem. One of Jed's bullies.

Not a big deal. I'm on my phone. Words are small. Okay. No, I'll still look it up. "1500 foot home would be 120 per square foot. That's 1990 prices." Exactly. Why only make zero sense? Yeah, that's I'm saying it's got to be a scam, you guys. So, I don't know exactly what they stand to make from it or how, but hold on. Let me open.

Come on.

Isn't opening.

That's weird.

Turning to help. Open the

Okay.

You know what we'll do? I'll even

bring it up on the map. Okay. So, Wyoming, you can tell us if you know anything about it. I would love to know. This is the address. The Wyoming address. 30 North Gold Street. Sweet R Sheridan, Wyoming. Let's take a look, shall we? So, supposedly this is what the building looks like.

First Northern Bank, Eye Surgeon, Chapman Valdez, and Lancing. I don't see anything on the building with that company's name, but Okay.

Let's zoom out because I have no idea where Sheridan, Wyoming is. I know you should. Wyoming, but I don't. All right, here's our lovely Wyoming. That's right. Oh, I forgot. Wyoming is a big old rectangle. [laughter] Montana's the one that has the has the river border. All right. So, we're just west of South Dakota, just west of Nebraska, just north of Colorado, and northeast of Utah. This though is very well relatively close to the Montana border. There's Bozeman. I know that from when I worked uh as a flight attendant. That was that's like the the expensive ski resort place, right? Um Oh, it's near a reservation. That's interesting. So this is the town Sheridan, Wyoming.

Let me see. Cuz sometimes they'll even list the different businesses on there.

It's 30 North, right? Okay. So, let's zoom in. Yeah.

It should be.

Yeah, that's the building. 30 North.

Well, I mean, yeah, it's interesting. I mean, nothing is is is popping up. Not that that necessarily always happens, but is that interesting? So, I don't know, y'alls. I don't know. But does that help you, Wyoming?

"I just built a 20 by 12 x 24 shed. 20,000. That was my husband building it." Yep. Yep. "I bet that's a sketchy bank that is financing." I don't know. But yeah, so Wyoming, if you know anything about that, that's where that is from. Now, what I did went to is what was what were they called again? Global Real Estate.

So, we'll do a quick LLC search for them. Global Real Estate

Development, I think. Was it Right. Okay. Here we go. I think Wait, wait, wait, wait. Sorry. Let me recheck the photos to make sure I got the right name.

I'm going to make

gloss global re global real estate development. That's what it says.

Global Real Estate Development

Ira Kaufman. This said dissolved in 2011. Okay, so maybe that's not the right one. But shouldn't they be registered in in the state that they're doing business in? Principal address was 1724 West 89. Yeah, that one was dissolved. Go back to see Global World or Real Estate Inc. maybe.

No, the last one was right. Okay. Now, maybe I looked it up under

Wyoming LLC search. [snorts]

Oh, [snorts] I did. I was going to say I know I did this before on one of my last lives, but let's we'll look it up again.

So, I didn't find it in the in the Illinois LLC sites. So, now we're going to look up global real estate development in the on the Wyoming site. Okay, here we

say it's active. Initial filing was 2020

30 North Gold Street Suite R. Registered Agents Inc. Okay.

No public notes. What about parties? Ah, here he is. John Groff, director, Vorhees, New Jersey. David Haislip. Maybe he's the guy that was behind John. It's It's Groff, not Graph. G R O FF.

So, that is the gentleman with the shady connections to Jed and other deals. Interesting. interesting you guys. Oh, they had some years where they didn't pay their stuff, I guess.

It says delinquency, delinquency, disillusion, revocation, disillusion, revocation, disillusion, revocation. Okay, so maybe they let it lapse a few times.

"They aren't reputable according to Google." Okay. All right, let's do a little Google search on them then. Great idea. So, I did find that at least. Now, let's see. Maybe they they might also be registered in New Jersey. Let's see if we can look that up. New Jersey business search. Here we go.

Ah, yep. It must be the same one. Okay. Are you going to give any information on it though? That's it.

Incorporated 2016. Vorhees. But yeah, it's got to be the same one. That's weird. They don't tell you anything about it.

Okay,

let's global.

This is their website.

land capital brand execution

featured projects. I only have one for a company that supposedly has all this development. There's only one listed here. Case study Carneys point. by Bloomington, Delaware.

After an almost $1.5 million renovation, the building is due to open as a Southern New Jersey Community Center in early 2025. Okay, doesn't tell us much to buy out. It could be might be true, might not be true.

Adaptive reuse, hotel, motel, residential development, large scale custom housing. What about under projects? Do they have anything listed?

Flint, Michigan.

Okay, let's see. What's the Ohio project?

sounds like it's it's not happening right now. It's to come. There's not home developer in Wyoming according to Google.

Looks like they have a lot of litigation issues. Yeah. No, no, you're right. not in in um the Turlington Homes LLC that we looked it up on another one of my lives. They were just started at the beginning of October. It was just founded and then Chris Clark and city council voted to uh uh give the city land to this shady company associated with Jedidiah um that same month. So yeah, like they started an LLC literally just to do this like at the last minute. Very sketchy, peeps. Very sketchy.

Should we say investor? Let's Let's see what's under investors. Not much. Okay. Contact. Who do they list for their good corporate office? Sheridan, Wyoming. Construction office, Carneys Point, New Jersey. Investor relations, Vorhees, New Jersey. Okay.

Yeah. Where did you find their Google reviews? Where do you find their Google reviews?

Let's see. Their LinkedIn

Okay, I don't see any reviews.

No reviews on Facebook. And

let's see what are their oldest posts.

Okay, they did have some for 2023. Let's 2022. Okay,

"non-transparency, right? So, you haven't seen which land they will build on?" Um, it's not exactly clear. No, because they never, even before they voted on it, after they voted on it, the city council never really told us which parcels were being given away of our land. Remember, that's public land they're giving away to out-of-towners who want to rape and

pillage our town. How do you get to your Google the Google reviews? Uh, we go to do I have to go to maps first?

Oh, okay. Yeah, yeah, yeah. Okay. Is this it? This is the one that has all the reviews. Wyoming. Let's see the reviews.

Found out about this company in the beginning of last year. It was applying and actively touring apartments.

They never got back to this person. Okay.

Okay, they got some positive reviews there. Let me see.

What was the overall rating?

Okay.

Oh, I'm sorry you guys. Duh. That's not the That's not the right company. That's Global Realty Development. Oh my god. I'm so sorry. Global, what was this one called again?

Global Real Estate Development. Okay. Do they have any Where did you find the reviews? Where did you find the Google reviews?

Cuz I see this one, but it doesn't.

That one doesn't have any reviews.

Reviews. I see. Yeah, I couldn't find the reviews. Where'd you find them? Wyoming. Where'd you find the Google reviews? I can't find them.

Global Real Estate Development, Inc. Google Reviews. [laughter] What if I just do that? Wait, where do I go to? I just want to go to the normal search thing.

Global Real Estate Development Inc. reviews

"Googled if they were a good company." Okay. What name did you use? Did you use the inc or not?

Well, anyway, yeah, if you can find them, if anybody can find them, let me know. Maybe try Better Business Bureau. Uh oh, that's true. Yeah, we could look that up.

Global Real Estate Partners Solutions. No. Okay. Let's just go to let's go to their site. Okay. Let's do global real estate development.

We'll say near Wyoming.

No, we'll say near Vorhees. How about that? I not spelled right. Bor keys,

man. Why does this have to be so complicated? The damn thing. What was it, you guys? How am I misspelling B? Why am I misspelling B? Okay, no, I'll say Sheridan, WY, then.

H, that's weird. Okay, nothing's coming up.

Okay. Well, anyway, that's about it, y'all. Hey, Tiki Child. So, yeah. So, basically that was the scam, the new scam today, Turlington Homes scam. Um, they're up to no good and we're just going to keep trying to push them to open the books. Uh, I think that's all I have for you guys. Let me see. Did I forget anything? It's already past 11.

Someone told me [clears throat] that they, for instance, they know someone that got 10 houses in a south suburb, paying $5,000 for each under the table.  Also, um, again, this is how I I know they use the grants this way,

grant money was used for things like roofs and windows. And the person said there were there were not even any roofs or windows involved with this business, but someone wrote a check for grant money to fix all those things.

Monet, by the way, is having Monet Wilson in Cal City, She's having a meeting. I got to find out the time, but Saturday at River Oaks for her board and tomorrow at 6 p. Oh, never mind. It's a virtual meeting. I was going to say there's a Harvey beautification meeting, but okay

guys. Well, yeah, that's it for now. Have a wonderful night and I'll see you guys tomorrow. Au revoir!

[music]

## INDEX OF EXHIBITS

| Exhibit Designation | Document Description |
|---|---|
| **Exhibit A** | Order of Dismissal, Lento v. Lewis, E.D. Mich. (June 11, 2024) |
| **Exhibit D** | Certified Verbatim Transcript of YouTube Live Broadcast (February 24, 2026) |
| **Exhibit E1** | New Jersey Insurance Fraud Investigative Article |
| **Exhibit E2** | J. Groff Comprehensive Background Report |
| **Exhibit F1** | Investigative News Article: *Nava v. Lento* (New Jersey) |
| **Exhibit F2** | Pennsylvania Supreme Court Disciplinary Board Report and Order |
| **Exhibit F3** | New Jersey Disciplinary Review Board Administrative Decision (2016) |
| **Exhibit F4** | Virginia State Bar Disciplinary Order |
| **Exhibit F5** | Verified Screenshot of Virginia Supreme Court Active Status Portal |
| **Exhibit G1** | Wyoming Secretary of State Business Detail Registry |
| **Exhibit G2** | Illinois Secretary of State Articles of Incorporation for Turlington Homes |
| **Exhibit H** | Certified Statement of Wyoming Registered Agent Resignation |
| **Exhibit I1** | Domain Marketing and Digital Capture Data for LLG |
| **Exhibit I2** | Compiled Website Captures and Digital Evidence for Turlington Homes |
| **Exhibit J1** | City of Harvey Official Minutes and Signed Turlington Redevelopment Agreement (October 27, 2025) |

| Exhibit Designation | Document Description |
|---|---|
| **Exhibit J2** | City of Harvey Council Meeting Agenda Packet |
| **Exhibit J3** | Public Comments Record: Colby Facebook Informational Post |
| **Exhibit K1** | *Harvey World Herald* Investigative Article regarding Turlington Project |
| **Exhibit K2** | *Daily Southtown* Groundbreaking Event News Report |

## 6. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court strike Plaintiffs' non-compliant pleadings for failure to adhere to mandatory registration and signature rules. Alternatively, this Court should dismiss this action with prejudice because a textual review of the true broadcast record confirms that Plaintiffs' claims rely on fabricated text, and the actual statements made are substantially true or constitute protected opinion, causing the defamation claims to fail as a matter of law.

Dated: July 10, 2026

Respectfully submitted,

/s/ Ryan R. Sinwelski

Ryan R. Sinwelski, Pro Se

15333 Ashland Ave

Harvey, IL 60426

312-436-2182

ryan@ryansgaychicago.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, a true and correct copy of the foregoing Reply Brief, Itemized Analysis, the incorporated Verbatim Certified Broadcast Transcript (Exhibit D), and **all supporting separate Exhibits (Exhibits A through K2)** was electronically filed and served upon all counsel of record via the court's electronic filing portal.

/s/ Ryan R. Sinwelski, Pro Se Defendant